Writ of Mandamus Dismissed, Opinion issued November 16, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01528-CV

## IN RE LONNIE C. CHALMERS, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. 10-14982**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Fillmore

Before the Court is relator's petition for writ of mandamus seeking relief against the Dallas Police Department. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over the police department. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

ROBERT M. FILLMORE
JUSTICE

121528F.P05